**FILED**
AUG 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO ROBERTO GONZALEZ-CAMACENA(1), <br><br> Defendant. | Criminal Case No. 06cr1035BTM <br><br> ORDER TO RECOGNIZE THE INTEREST OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. IN THE DEFENDANT'S REAL PROPERTY SUBJECT TO FORFEITURE IN THIS CASE |

Having reviewed the Joint Motion to Recognize the Interest of Mortgage Electronic registration Systems, Inc. (MERS) and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1. MERS has a secured interest in real property commonly known as 4260 Conquistador, Oceanside, CA 92056 ("subject property"). The legal description of subject property is as follows:

> Lot 117 of RANCHO DEL ORO VILLAGE III, Tract 3.1, in the City of Oceanside, County of San Diego, State of California, according to Map thereof No. 12293, filed in the office of the County Recorder of San Diego County, January 12, 1989.

A.P.N. 161-651-53-00

1  2.  MERS is the true and bona fide holder of a Promissory Note Secured by a Deed of Trust ("Note"), executed by Ricardo Gonzales on about May 21, 2004 in the original principal amount of $342,500.00.

3.  The Note is secured by a Deed of Trust on the subject property executed by Ricardo Gonzales as trustor with MERS as the beneficiary under the Deed of Trust. Countrywide Home Loans (hereinafter referred to as "Countrywide"), is the servicer of the loan for MERS.

4.  The Deed of Trust was duly recorded with the San Diego County Recorder of the State of California on June 4, 2004, as instrument No. 2004-0524742.

5.  MERS acquired the Note and Deed of Trust without knowledge of, or consenting to, any act or omission of Ricardo Gonzales or any other person(s) or entities that would give rise to a claim for forfeiture against the subject property.

6.  MERS's secured interest in the subject property is not subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(6)(A) or (B) or any other forfeiture statute.

7.  If the United States prevails in this forfeiture action, MERS is entitled to and shall be awarded judgment to the full extent of its secured interest in the subject property as payee of the Note and as beneficiary under the Deed of Trust.

8   If the United States obtains a judgment of forfeiture, payment shall be made to MERS as follows:

As soon as is practicable after such judgment of forfeiture becomes final, the defendant property shall be sold by the United States, and the Attorney General shall pay to MERS, to the

1  extent of MERS's secured interest in the defendant property, the
2  principal balance then outstanding on the Note, together with all
3  accrued and unpaid interest under the Note on the date of such sale,
4  plus any advances made by MERS or Countrywide, as servicer of the loan
5  for MERS, pursuant to the Deed of Trust for unpaid real property
6  taxes, assessments, insurance or otherwise.

7       7.   If the defendant property is sold pursuant to a court-
8  approved interlocutory sale, prior to a judgment of forfeiture, MERS
9  shall be paid pursuant to the provisions described in paragraph 8,
10 *supra*.

11      8.   MERS, or Countrywide as servicer of the loan, shall timely
12 notify the Office of the U.S. Attorney and Assistant U.S. Attorney
13 Mary C. Lundberg any time mortgage payments are more than three weeks
14 overdue during the pendency of this forfeiture action.

15      9.   This Order shall completes the disposition of MERS's claim
16 in this forfeiture action.  MERS will not be required to participate
17 in any further proceedings in this action, and judgment shall be
18 entered in accordance with the terms of this Order.

19      12.  MERS shall refrain from all foreclosure proceedings pending
20 resolution of the forfeiture action.

21      DATED: 8/29/07

23                                HONORABLE BARRY TED MOSKOWITZ
                                  UNITED STATES DISTRICT COURT JUDGE